IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CITADEL SECURITIES LLC, GROUP ONE TRADING LP, RONIN CAPITAL, LLC, SUSQUEHANNA SECURITIES AND SUSQUEHANNA INVESTMENT GROUP, | ) ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Case No. 1:13-cv-05833 ) |
| CHICAGO BOARD OPTIONS EXCHANGE, INCORPORATED, INTERNATIONAL SECURITIES EXCHANGE, LLC, NASDAQ OMX PHLX (f/k/a/ PHILADELPHIA STOCK EXCHANGE, INC.), NYSE ARCA, INC. (f/k/a PACIFIC EXCHANGE, INC.), NYSE MKT LLC (f/k/a NYSE AMEX LLC, f/k/a AMERICAN STOCK EXCHANGE LLC), | ) Judge Robert W. Gettleman ) ) ) ) ) ) ) ) ) |
| Defendants. | ) |

## UNOPPOSED MOTION FOR EXTENSION OF TIME

Defendants Chicago Board Options Exchange, Incorporated ("CBOE"), International Securities Exchange, LLC ("ISE"), NASDAQ OMX PHLX ("NASDAQ"), NYSE Arca, Inc. ("NYSE"), and NYSE MKT LLC ("NYSE MKT"), by their undersigned attorneys, hereby request that this Court grant all Defendants an extension of time, to and including October 11, 2013, to file their responses to the Complaint for Declaratory and Other Relief (the "Complaint"). In support of this Motion, which is unopposed, Defendants state as follows:

1. As described in the Notice of Removal filed by Defendants on August 15, 2013, the Plaintiffs originally filed an action against the Defendants on May 22, 2013. That action was filed in the Circuit Court of Cook County, Illinois, and entitled *Citadel Securities LLC, et al. v. Chicago Board Options Exchange, Incorporated, et al.*, Case No. 13 CH 13246 (the "Original

Action"). On June 20, 2013, the Defendants removed the Original Action to this Court (Case No. 13-cv-04549).

2. On July 16, 2013, Plaintiffs voluntarily dismissed the Original Action. Later that same day, Plaintiffs filed a second action against the Defendants in the Circuit Court of Cook County, Illinois, entitled *Citadel Securities LLC, et al. v. Chicago Board Options Exchange, Incorporated, et al.*, Case No. 13 CH 16925 (the "Second Action"). Defendants contend that the Complaint in the Second Action alleges that the Defendants violated rules promulgated under the Securities Exchange Act of 1934, 15 U.S.C. § 78 *et seq.*, when charging certain fees to Plaintiffs. The Complaint includes five counts asserting claims for a declaratory judgment, an accounting, promissory estoppel, restitution and rescission.

3. On August 15, 2013, Defendants removed the Second Action to this Court by filing their Notice of Removal.

4. Pursuant to Fed. R. Civ. P. 81(c)(2)(C), in the absence of an extension, Defendants' responses to the Complaint would be due on August 22, 2013.

5. Defendants request that they be granted an extension of time, to and including October 11, 2013, to file their responses to the Complaint.

6. Defendants understand that Plaintiffs are considering filing a motion to remand the Second Action to the Circuit Court of Cook County. The Defendants believe that it would be more efficient for the Court and the parties if any such motion were resolved before the Defendants are required to respond to the Complaint. Granting the requested extension will allow Plaintiffs to decide whether they will file a motion to remand and, if such a motion is filed, the Defendants will likely request that the schedule be further amended so that briefing on any

2

motion to remand can be completed, and the Court can rule on any such motion to remand, before the Defendants are required to respond to the Complaint.

7. Defendants have discussed the requested extension and the reasons for the request with Plaintiffs' counsel, and Plaintiffs do not oppose this Motion.

**WHEREFORE**, Defendants CBOE, ISE, NASDAQ, NYSE and NYSE MKT hereby request that this Court grant this Motion and enter an Order granting the Defendants an extension of time, to and including October 11, 2013, to file their responses to the Complaint.

Dated: August 20, 2013

Respectfully submitted,

| | |
|---|---|
| /s/ David J. Chizewer | /s/ Paul E. Greenwalt |
| David J. Chizewer | Paul E. Dengel |
| Goldberg Kohn | Paul E. Greenwalt |
| 55 East Monroe Street | Schiff Hardin LLP |
| Suite 3300 | 233 South Wacker Drive |
| Chicago, IL 60603-5792 | Suite 6600 |
| Phone: (312) 201-3938 | Chicago, IL 60606 |
| Fax: (312) 863-7438 | Phone: (312) 258-5600 |
| | |
| Douglas W. Henkin | *Attorneys for Defendant Chicago Board* |
| Nicole Fidler | *Options Exchange, Incorporated* |
| MILBANK TWEED HADLEY & McCLOY LLP | |
| 1 Chase Manhattan Plaza | |
| New York, New York 10005-1413 | |
| Phone: (212) 530-5000 | |
| Fax: (212) 530-5219 | |
| Email: dhenkin@milbank.com | |
|        nfidler@milbank.com | |

*Attorneys for Defendants NYSE Arca, Inc.,*
*NYSE MKT LLC, and International Securities*
*Exchange, LLC*

        /s/ Terrence P. Canade
Terrence P. Canade
Locke Lord LLP
111 South Wacker Drive
Chicago, IL 60606
Phone: (312) 443-1862

Douglas R. Cox
Scott P. Martin
Gibson, Dunn & Crutcher LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
Phone: (202) 955-8500

*Attorneys for Defendant NASDAQ OMX PHLX LLC*

**CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that, on August 20, 2013, he caused a true and correct copy of the foregoing Unopposed Motion for Extension of Time to be filed electronically with the Court's CM/ECF system, which caused an electronic copy of this filing to be served on counsel of record.

/s/ Paul E. Greenwalt