# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1
### Eastern Division

Citadel Securities LLC, et al.

                                            Plaintiff,

v.                                                       Case No.: 1:13−cv−05833
                                                          Honorable Robert W. Gettleman

Chicago Board Options Exchange Inc., et al.

                                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, August 20, 2013:

       MINUTE entry before Honorable Robert W. Gettleman: Defendants' unopposed motion [8] for extension of time to 10/11/2013 to file their responses to the complaint is granted. Mailed notice (gds)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.