IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Citadel Securities LLC, Group One Trading LP, Ronin Capital, LLC, Susquehanna Securities and Susquehanna Investment Group,<br><br>   Plaintiffs,<br><br> vs.<br><br>Chicago Board Options Exchange, Inc., International Securities Exchange, LLC, NASDAQ OMX PHLX (f/k/a Philadelphia Stock Exchange, Inc.), NYSE Arca, Inc. (f/k/a Pacific Exchange, Inc.), NYSE MKT LLC (f/k/a NYSE Amex LLC, f/k/a American Stock Exchange LLC),<br><br>   Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 13-cv-05833<br><br>Hon. Robert W. Gettlemant |

## **MOTION FOR REMAND**

   Plaintiffs Citadel Securities LLC, Group One Trading LP, Ronin Capital, LLC, Susquehanna Investment Group and Susquehanna Securities, pursuant to 28 U.S. C. § 1447(c), respectfully request that this Court remand this action back to the Circuit Court of Cook County, Illinois because this Court lacks subject matter jurisdiction over this action. In support of this Motion, Plaintiffs submit the accompanying Memorandum in Support of Motion for Remand.

   WHEREFORE, the Market Makers respectfully request that this Court enter an order (a) granting this Motion in its entirety and remanding this action back to the Circuit Court of Cook County, Illinois, and (b) granting such other and further relief as is reasonable and just.

| | |
|---|---|
| Date: September 16, 2013 | Respectfully submitted,<br><br>Citadel Securities LLC, Group One Trading LP, Ronin Capital, LLC, Susquehanna Securities and Susquehanna Investment Group<br><br>By: /s/ Ellen M. Wheeler<br>     Counsel for Plaintiffs |

Stephen P. Bedell (No. 3125972)
Ellen M. Wheeler (No. 6244111)
Lori L Taylor (No. 6307157)
Foley & Lardner LLP
321 North Clark Street, Suite 2800
Chicago, IL 60654-5313
Telephone: 312.832.4500
Fax: 312.832.4700