IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Citadel Securities LLC, Group One Trading LP, Ronin Capital, LLC, Susquehanna Securities and Susquehanna Investment Group,<br><br>   Plaintiffs,<br><br> vs.<br><br>Chicago Board Options Exchange, Inc., International Securities Exchange, LLC, NASDAQ OMX PHLX (f/k/a Philadelphia Stock Exchange, Inc.), NYSE Arca, Inc. (f/k/a Pacific Exchange, Inc.), NYSE MKT LLC (f/k/a NYSE Amex LLC, f/k/a American Stock Exchange LLC),<br><br>   Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

         Case No. 13-cv-05833

         Hon. Robert W. Gettleman

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on Tuesday, September 24, 2013, at 9:15 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Robert W. Gettleman, or any judge sitting in his stead, in Courtroom 1703 of the United States District Court for the Northern District of Illinois, Eastern Division, and shall then and there present Plaintiffs Citadel Securities LLC, Group One Trading LP, Ronin Capital, LLC, Susquehanna Investment Group and Susquehanna Securities' Motion for Remand, a copy of which is attached hereto and served upon you.

| | |
|---|---|
| Date: September 16, 2013 | Respectfully submitted, |
| | Citadel Securities LLC, Group One Trading LP, Ronin Capital, LLC, Susquehanna Securities and Susquehanna Investment Group |
| | By: /s/ Ellen M. Wheeler |
| | Counsel for Plaintiffs |
| Stephen P. Bedell (No. 3125972) | |
| Ellen M. Wheeler (No. 6244111) | |
| Lori L Taylor (No. 6307157) | |
| Foley & Lardner LLP | |
| 321 North Clark Street, Suite 2800 | |
| Chicago, IL 60654-5313 | |
| Telephone: 312.832.4500 | |
| Fax: 312.832.4700 | |

4833-2629-2245.1

## **CERTIFICATE OF SERVICE**

   I, Ellen M. Wheeler, an attorney, hereby certify that on September 16, 2013, I filed on the ECF System the foregoing **Notice of Motion, Motion to Remand and Memorandum in Support of Motion to Remand**, and thereby served such filings via the Court's ECF Notification system to all attorneys of record in this matter.

                   /s/ Ellen M. Wheeler
                    Ellen M. Wheeler