IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CITADEL SECURITIES LLC, GROUP ONE TRADING LP, RONIN CAPITAL, LLC, SUSQUEHANNA SECURITIES AND SUSQUEHANNA INVESTMENT GROUP,<br><br>Plaintiffs,<br><br>v.<br><br>CHICAGO BOARD OPTIONS EXCHANGE INCORPORATED, INTERNATIONAL SECURITIES EXCHANGE, LLC, NASDAQ OMX PHLX (f/k/a PHILADELPHIA STOCK EXCHANGE, INC.), NYSE ARCA, INC. (f/k/a PACIFIC EXCHANGE, INC.), NYSE MKT LLC (f/k/a NYSE AMEX LLC, f/k/a AMERICAN STOCK EXCHANGE LLC),<br><br>Defendants. | Case No. 13-cv-05833<br><br>Hon. Robert W. Gettleman |

UNOPPOSED MOTION BY DEFENDANTS
FOR AN EXTENSION OF TIME TO FILE MOTION TO DISMISS
AND TO SET CONSOLIDATED BRIEFING SCHEDULE AND PAGE LIMITS

Pursuant to Federal Rule of Civil Procedure 6(b) and Local Rules 7.1 and 78.3, Defendants Chicago Board Options Exchange, Incorporated, International Securities Exchange, LLC, NASDAQ OMX PHLX, NYSE Arca, Inc., and NYSE MKT LLC respectfully move for an extension of time to file a motion to dismiss, currently due January 6, 2014, as well as for entry of the following consolidated briefing schedule and page limits:

| | |
|---|---|
| January 27, 2014 | Consolidated Memorandum In Support of Defendants' Motion to Dismiss (30 pages) |
| February 24, 2014 | Plaintiffs' Memorandum In Opposition to Defendants' Motion to Dismiss |
| March 10, 2014 | Consolidated Reply In Support of Defendants' Motion to Dismiss |

In support of their motion, Defendants state as follows:

1. After Defendants removed this case from state court on August 15, 2013, Plaintiffs filed a motion to remand on September 16, 2013. At a hearing on September 24, 2013, the Court set a briefing schedule for the motion to remand and directed Defendants not to file a response to the complaint until directed to do so by the Court. *See* D.E. 17.

2. On December 11, 2013, the Court issued an Order denying the motion to remand. *See* D.E. 21. The Court directed Defendants to answer or otherwise plead to the complaint on or before January 6, 2014, and indicated that the matter remains set for a status report hearing on January 9, 2014. *Id.* at 6.

3. Defendants intend to file a consolidated motion to dismiss the complaint pursuant to Federal Rules of Civil Procedure 12(b)(1) and (6).

4. Under this Court's rules, each of the five Defendants in this case would be entitled to file a separate 15-page memorandum in support of a motion to dismiss—a total of 75 pages of briefing. *See* Local Rule 7.1. Defendants, however, believe that it would better serve both the parties and the Court for Defendants to submit a single consolidated brief. Defendants believe that a limit of 30 pages would allow Defendants to adequately brief the issues in a single memorandum.

5. Given the logistics of coordinating briefing among separately represented parties, as well as the upcoming holidays, the current deadline of January 6, 2014, would not provide sufficient time to prepare and file a consolidated memorandum. Defendants believe that a three-week extension, until January 27, 2014, would provide sufficient time.

6. Defendants have consulted with counsel for Plaintiffs, who do not oppose Defendants' request for an extension of time or for permission to file a single 30-page memorandum in support of a motion to dismiss.

7. The parties have also consulted regarding a mutually-agreeable briefing schedule for the response and reply, and, subject to the Court's approval, have agreed on a deadline of February 24, 2014, for Plaintiffs' response to a motion to dismiss and March 10, 2014, for Defendants' consolidated reply.

8. If the Court agrees to grant this motion, the parties further suggest that the January 9, 2014 hearing be taken off-calendar.

**WHEREFORE**, Defendants hereby request that this Court grant this Motion and enter an Order extending the time to file Defendants' motion to dismiss until January 27, 2014, and setting the proposed consolidated briefing schedule and page limits for that motion.


Date: December 23, 2013

Respectfully submitted,

    /s/David J. Chizewer
David J. Chizewer
GOLDBERG KOHN
55 East Monroe Street
Suite 3300
Chicago, IL 60603-5792
Phone: (312) 201-3938

Douglas W. Henkin
Nicole Fidler
MILBANK TWEED HADLEY & MCCLOY LLP
1 Chase Manhattan Plaza
New York, NY 10005-1413
Phone: (212) 530-5000

*Attorneys for Defendants NYSE Arca, Inc., NYSE MKT LLC, and International Securities Exchange, LLC*

    /s/ Paul E. Greenwalt
Paul E. Dengel
Paul E. Greenwalt
SCHIFF HARDIN LLP
233 South Wacker Drive
Suite 6600
Chicago, IL 60606
Phone: (312) 258-5600

*Attorneys for Defendant Chicago Board Options Exchange, Incorporated*

    /s/ Terrence P.Canade
Terrence P. Canade
LOCKE LORD LLP
111 South Wacker Drive
Chicago, IL 60606
Phone: (312) 443-1862

Douglas R. Cox
Scott P. Martin
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036
Phone: (202) 955-8500

*Attorneys for Defendant NASDAQ OMX PHLX LLC*

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| CITADEL SECURITIES LLC, GROUP ONE TRADING LP, RONIN CAPITAL, LLC, SUSQUEHANNA SECURITIES AND SUSQUEHANNA INVESTMENT GROUP,<br><br>    Plaintiffs,<br><br> v.<br><br>CHICAGO BOARD OPTIONS EXCHANGE INCORPORATED, INTERNATIONAL SECURITIES EXCHANGE, LLC, NASDAQ OMX PHLX (f/k/a PHILADELPHIA STOCK EXCHANGE, INC.), NYSE ARCA, INC. (f/k/a PACIFIC EXCHANGE, INC.), NYSE MKT LLC (f/k/a NYSE AMEX LLC, f/k/a AMERICAN STOCK EXCHANGE LLC),<br><br>    Defendants. | Case No. 13-cv-05833<br><br>Hon. Robert W. Gettleman |

**CERTIFICATE OF SERVICE**

  The undersigned attorney hereby certifies that, on December 23, 2013, he caused a true and correct copy of the foregoing Unopposed Motion by Defendants for an Extension of Time to File Motion to Dismiss and to Set Consolidated Briefing Schedule and Page Limits to be filed electronically with the Court's EM/ECF system, which caused an electronic copy of this filing to be served on counsel of record.

                    /s/ Paul E. Greenwalt