IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CITADEL SECURITIES LLC, GROUP ONE TRADING LP, RONIN CAPITAL, LLC, SUSQUEHANNA SECURITIES AND SUSQUEHANNA INVESTMENT GROUP,<br><br>Plaintiffs,<br><br>v.<br><br>CHICAGO BOARD OPTIONS EXCHANGE INCORPORATED, INTERNATIONAL SECURITIES EXCHANGE, LLC, NASDAQ OMX PHLX (f/k/a PHILADELPHIA STOCK EXCHANGE, INC.), NYSE ARCA, INC. (f/k/a PACIFIC EXCHANGE, INC.), NYSE MKT LLC (f/k/a NYSE AMEX LLC, f/k/a AMERICAN STOCK EXCHANGE LLC),<br><br>Defendants. | Case No. 13-cv-05833<br><br>Hon. Robert W. Gettleman |

## NOTICE OF MOTION

**TO:** Counsel of Record

PLEASE TAKE NOTICE that on Tuesday, January 7, 2014, at 9:15 a.m. or as soon thereafter as counsel may be heard, we shall appear before the Honorable Robert W. Gettleman in Room 1703 at the Dirksen Federal Building, 219 South Dearborn, Chicago, Illinois, and present Defendants' Unopposed Motion for Extension of Time to File Motion to Dismiss and to Set Consolidated Briefing Schedule and Page Limits.

Dated: December 23, 2013

  /s/ Paul E. Greenwalt
Paul E. Dengel
Paul E. Greenwalt
Schiff Hardin LLP
233 South Wacker Drive
Suite 6600
Chicago, IL 60606
Phone: (312) 258-5600

*Attorneys for Defendant Chicago Board Options Exchange, Incorporated*

## **CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that, on December 23, 2013, he caused a true and correct copy of the foregoing Notice of Motion to be filed electronically with the Court's EM/ECF system, which caused an electronic copy of this filing to be served on counsel of record.

/s/ Paul E. Greenwalt